# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Juanel Anthony Mikulak,　　　　　　　　Civil No. 19-cv-00768 (MJD/TNL)

　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　**ORDER**

Samantha Mae Seyl Richardson, et al.,

　　　　　　　Defendants.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 29, 2019 [Doc. No. 15] recommending that the matter be dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), because Plaintiff's claims are frivolous.  Plaintiff has objected to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1.      This matter is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) as

follows:

    a.      All claims brought pursuant to federal or international law are

    **DISMISSED WITH PREJUDICE AS FRIVOLOUS.**

    b.      All claims brought pursuant to state law are dismissed

without prejudice.

2.      The application to proceed *in forma pauperis* of plaintiff Juanel

Anthony Mikulak [Doc. No. 2] is **DENIED**.

3.      Mikulak is directed to pay the unpaid balance ($350.00) of the

statutory filing fee for this action in the manner prescribed by 28

U.S.C. § 1915(b)(2), and the Clerk of Court directed to provide notice

of this requirement to the authorities at the institution where

Mikulak is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:   June 27, 2019                          s/ Michael J. Davis_____
                                               Michael J. Davis
                                               United States District Court